UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS RANDEL HARGROVE,<br><br>                              Plaintiff,<br><br>    v.<br><br>KENNETH QUINN, et al.,<br><br>                            Defendants. | Case No. C09-390-RSM-BAT<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

The Court, having reviewed plaintiff's amended complaint, defendants' motion for partial summary judgment, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation.

(2) Defendants' motion for partial summary judgment (Dkt. No. 27) is **GRANTED**.

(3) Plaintiff's amended complaint (Dkt. No. 9) and this action are **DISMISSED** with prejudice as to defendants Murphy and Frakes.

(4) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to Judge Tsuchida.

DATED this 12 day of <u>July 2010.</u>

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL
SUMMARY JUDGMENT- 1