1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THOMAS RANDEL HARGROVE,

                          Plaintiff,

        v.

KENNETH QUINN, *et al*.

                          Defendants.

Case No. C09-390-RSM

**ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL**

The Court, having reviewed plaintiff's amended complaint, plaintiff's motion for voluntary dismissal, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and Order:

    (1)    The Court adopts the Report and Recommendation.

    (2)    Plaintiff's motion for voluntary dismissal (Dkt. No. 58) is **GRANTED**.

    (3)    Plaintiff's amended complaint (Dkt. No. 9) and this action are **DISMISSED** without prejudice as to all claims remaining in this action.

//

//

ORDER GRANTING PLAINTIFF'S
MOTION FOR VOLUNTARY
DISMISSAL - 1

1      (4)     The Clerk is directed to send copies of this Order to plaintiff, to counsel for

2  defendants, and to Judge Tsuchida.

3      DATED this 9 day of November 2010.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF'S
MOTION FOR VOLUNTARY
DISMISSAL - 2